| | AUSA: | Tara Hindelang | Telephone: | (313) 226-9543 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | David Alley | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Donnie Lee SMITH, Jr.

Case: 2:25-mj-30541
Assigned To : Unassigned
Assign. Date : 8/25/2025
Description: USA V SEALED (LLH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 2025 to July 31, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual exploitation of children and attempt; |
| 18 U.S.C. § 2252A(a)(2) & 2252A(a)(5)(B) | Distribution of child pornography and possession of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

David Alley, Special Agent (HSI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 25, 2025__

_Judge's signature_

City and state: __Detroit, Michigan__   Hon. Anthony P. Patti, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR AN ARREST WARRANT**

I, David M. Alley, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received

training in child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Donnie Lee Smith Jr. (DOB XX/XX/1969) for violations 18 U.S.C §§ 2251 (sexual exploitation of minors), 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

3. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Donnie Lee Smith Jr.

**PROBABLE CAUSE**

4. Around July 31, 2025, law enforcement officers with the Taylor Police Department were contacted regarding a missing juvenile (MV-2 or Minor Victim 2). MV-2's mother told officers that she had woken up that morning and found her 14-year-old child missing. MV-2's mother stated that she was able to

track her daughter's location on her cell phone and that it was pinging to a particular address on Joan, a street located in Taylor, Michigan. MV-2's mother stated that she did not know who lived at that address (hereafter the Subject Address).

*Police Find MV-2 at SMITH'S Residence*

5.  Taylor Police officers went to the Subject Address and knocked on the door but did not receive an answer. A Taylor Police officer standing at the front door advised that he saw a child, later identified as MV-2, through a broken blind standing in the living room. This officer reported that MV-2 appeared terrified. Suspecting that MV-2 was in danger, officers entered the home through the unlocked front door. Officers identified the child as MV-2 and escorted her outside. Officers observed an additional child in this home (hereafter Minor Victim 1 or MV-1), seated in the living room. MV-1 was later determined to be 13 years old.

6.  At this time, officers found Donnie Lee SMITH Jr. (DOB XX/XX/1969), and he was arrested. While being arrested, SMITH dropped a white Apple iPhone. Taylor Police officers collected the phone. All additional residents, including an adult man and adult woman, at the Subject Address were instructed to come to the front door.

7. Following SMITH's arrest, Taylor Police officers spoke again with MV-2's mother. She stated that MV-2 and MV-1 are friends and that she found a conversation in MV-2's phone about a plan between the two. Then, in the presence of law enforcement officers, MV-2 stated to her mother that she was picked up that morning between 1:00 a.m. and 2:00 a.m. by a male in a black truck. An officer pointed to a Dodge Ram parked in the driveway of the home on Joan Street and asked if that was the truck, and MV-2 confirmed that it was. MV-1 was in the truck when the man picked up MV-2.

8. When they returned to the residence, MV-2 witnessed SMITH engaging in unlawful sexual activity with MV-1 in the living room on the couch. SMITH also touched MV-2's private areas and exposed his penis to MV-2. MV-2 stated that SMITH attempted to have sexual intercourse with MV-2, but she refused.

*Authorities Identify MV-1, and Speak to SMITH*

9. Record checks revealed that MV-1 was confirmed to be a missing juvenile from Taylor, Michigan. Law enforcement contacted MV-1's next of kin and took MV-1 to a local hospital for evaluation. Officers advised MV-2's mother to take MV-2 to the hospital for evaluation as well.

10. On August 1, 2025, SMITH was interviewed by Taylor Police Detectives. During the post-*Miranda* interview, SMITH made the following non-verbatim statements:

a. SMITH stated that he had met MV-1 the previous week when she walked up to his house and asked him for some water. He stated that MV-1 had bags packed and said she was going to Inkster. SMITH stated that he let MV-1 stay at his house instead of going to Inkster. SMITH stated that MV-1 told him that she was 19 years old when he asked for her age.

b. SMITH admitted to engaging in sexual contact with MV-1 in the back, left bedroom of the house. He also admitted to recording the sexual encounter using his cell phone.

c. SMITH allowed Taylor Police Detectives to view his cell phone and provided the password. SMITH stated that the video was in his WhatsApp application. In the application, detectives observed a conversation with a user by the name of "Ryan." SMITH stated that the video was in this conversation. A Taylor police detective observed three videos in this conversation along with an outgoing message stating: "Got a 14 year old runaway." SMITH claimed that this message was a typo and that he did not know MV-1 was a runaway. SMITH stated that he sold the videos of he and MV-1 to "Ryan" for $100. A Taylor Police detective observed outgoing messages stating "I got three videos. I got some good

5

stuff," at which time SMITH claimed that he believed MV-1 to be 19. SMITH claims he was paid via CashApp for the three videos and that he shared some of the money with MV-1. SMITH confirmed that the female in the video is MV-1 and that the male is himself. Detectives observed the three videos and they involve SMITH and MV-1 engaged in sex acts, including MV-1 performing fellatio on SMITH and SMITH engaged in the sexual penetration of MV-1.

*A Search of SMITH's Device Confirms the Existence of Child Exploitation*

11.   On August 1, 2025, a Taylor Police Detective contacted HSI Detroit for additional assistance with this case. On August 4, 2025, HSI Detroit received a white Apple iPhone with a clear case and a blue Apple iPhone with a black case.

12.   HSI agents obtained a federal search warrant for SMITH's white Apple iPhone, and a forensic extraction was performed.

13.   In a conversation via text messaging between SMITH and phone number 734-XXX-XXX6, with the contact saved as MV-1's name, I observed the following portions of the conversation:

> 7/24/2025 10:30:13 AM(UTC+0)
> Smith: i'm chatting with him right now
> Smith: he said he would send 100$ for a bj
> MV-1 Sends 5 non-explicit images and a video of a clothed female
> …
>
> 7/26/2025 3:08:36 AM(UTC+0)
> Smith: boston guy is sending money in 10 minutes he wants another video he wants me to eat you out more money for you
> Smith: you down??

MV-1: How much
Smith: I dont know yet ill let you know
MV-1: How much is he sending you right now
Smith: i'll find out in 10 minutes he sends more for the second videos
MV-1: Can u give me that cashapp account n give me 100
…

7/28/2025 11:24:28 PM(UTC+0)
(The two are discussing sending money to MV-1's mothers cashapp)
Smith: your mom knows about me?
Smith: i don't think that would be a good idea
…

7/29/2025 1:48:25 AM(UTC+0)
Smith: couple of people ahead of me, but tomorrow I want another shot. I know I can do better and you can get some money.
MV-1: Wym another shot
Smith: what do you think? How did I make you money last time?
MV-1: Ok maybe
Smith: maybe OK I wouldn't make you do anything you don't want to do
MV-1: Ok
Smith: if you dont want to, and youre still my friend
Smith: your silence answers that question lol
MV-1: Ok so how much
Smith: probably 150 and he will start to like you already likes me?
Smith: maybe 200 but I'm kind of scared
MV-1: Ok 150
MV-1: But can u send me 70
Smith: yes, I can i'm the next one up
…

7/30/2025 3:30:22 AM(UTC+0)
Smith: but I kinda don't wanna send it to your mother's Cash app because she's gonna wonder why a 56-year-old man is chatting with her daughter. Do you understand?
MV-1: Yea I mean I do understand but she dosent care
MV-1: She knows ur helping me
Smith: yes, but she must be thinking I want something else as well, which is not the case
MV-1: Oh

7

Smith: that's what I do. I help people you know what I mean besides the business yes, I enjoy the business.

…

Smith: The private business and I hope you enjoyed it as well
MV-1: Yep
Smith: well, you almost messed up the other day when you told ole boy but nothing became of it
MV-1: Ye sorry
Smith: if you can make it over here tonight, we can make you some money for tomorrow
Smith: I can pick you up for about an hour

…

7/30/2025 4:17:46 PM(UTC+0)
Smith: I found that cash app card for you
MV-1: Dose it have money on it
MV-1: ??
Smith: When's your birthday? I think they're gonna let me sponsor you.
MV-1: XX/XX/2010

7/30/2025 11:40:36 PM(UTC+0)
Smith: Del wants to make a video with me and get paid but i dont want to
MV-1: I wanna make money I wanna do stuff for it but I'm on my period
Smith: I understand he will pay a lot for a bj del used to have hepatitis C
Smith: $100

7/31/2025 12:10:19 AM(UTC+0)
Smith: Ill make a deal with you
MV-1: What
Smith: if somebody else don't get you pregnant when you get 18 I'll give you $25,000 if you let me do it
Smith: but I think somebody else will probably do it before then

…

Smith: yes, it's gonna be hard for you to be without a child for four years lol

14.     I also observed the following videos on Smith's phone in the

"recently deleted" album from July 24, 2025:

8

    a. File ddab26f2-7778-4c27-94be-e88a6a7560bc.mov: This is a 5 mins 37 second video that appears to have been created at 7:46 am. This video depicts a female performing oral sex on an adult male. This video appears to be shot from the adult male's point of view and he appears to be holding the phone. During the video, the female removes her shorts and lies down and bare vagina exposed. The male then penetrates her with his penis. The male appears to say "Hold the camera" and appears to give the phone to the female.

    b. File 1d64b03c-dc2c-4ad3-acb0-8370a7073105.mov: This is a 1 min 7 second video that appears to have been created at 7:52 am: 7:52 am This is a close up video male putting his penis into a female's vagina as they engage in sexual intercourse.

    c. File 213ea304-3207-4aad-8e7b-35c9867d4dc3.mov: This is a 2 min 52 second video that appears to have been created at 7:55 am. This is a video of a male engaging in vaginal intercourse with a female. Her genitalia is visible during this video.

15. I further observed a WhatsApp conversation between Smith and a contact named "Ryan." I observed the following portions of conversation:

July 24:
5:13am
Smith: I gotta good one for you tonight
Smith: A 14-year-old runaway
Smith: Hey
Ryan: How's it going bud
Smith: *Sends image of a female. She appears to be wearing the same shirt as female in video ddab26f2-7778-4c27-94be-e88a6a7560bc.mov*
Smith: she's a runaway she walked by my house wanting water
Ryan: Wow that's crazy
Smith: i wont mess with her she's to young she's taller than me

6:26 am
Smith: she said she would blow me for money
Smith: She just told me she was 19
Smith: *sends 5 images and a video that MV1 sent him during their chats*

9

12:52pm
Smith: Are you going for it?
Smith: It's done I got her good
Smith: I have three videos
Smith: you ready?

July 25:
Ryan: Yo
Smith: Hey
Smith: *sends a screenshot of video ddab26f2-7778-4c27-94be-e88a6a7560bc.mov depicting MV-1 performing oral sex*
Smith: I got some good stuff
Ryan: Nice u made sure her age was all legit yea
Smith: I got 3 videos
Ryan: Yea good i just want to make sure her age is good
Smith: 19
Smith: i had to make sure her grandma told me
Ryan: Ok cool yea then im in
Smith: ok here comes s one
Smith: *sends ddab26f2-7778-4c27-94be-e88a6a7560bc.mov*


10:31pm
Smith: she's 6 ft 2 inch's
Ryan: Hot get her drunk lol
Smith: *sends video 1d64b03c-dc2c-4ad3-acb0-8370a7073105.mov
Smith: *sends video 213ea304-3207-4aad-8e7b-35c9867d4dc3.mov

11:27:
Ryan: 40? Im thinking 50 if she'd let you take a pick with ur dick out next to her
Smith: yes she will do anything
Ryan: Ok
Smith: Wait a second
Smith: sends an image of a MV-1 with her face near his a bare male penis
Ryan: Sending
Ryan: Earned it

10

July 31
Smith: How much for s good blow job from (variation of MV-1's true name)

## CONCLUSION

16.    I respectfully submit that there is probable cause to believe that Donnie Lee Smith Jr. (DOB XX/XX/1969) has committed violations of 18 U.S.C § 2251 - Sexual exploitation of children (and attempt), 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

17.    I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Donnie Lee Smith Jr.

Respectfully submitted,

_____
Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

August 25, 2025