UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIE SMITH JR.,

    Defendant.

_____/

Case: 2:25-cr-20824
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/4/2025
Description: IND USA V DONNIE SMITH JR (SS)

Violations: 18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(5)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. §§ 2251(a) and (e)
*Sexual Exploitation of Children*

On or about July 24, 2025, in the Eastern District of Michigan, the defendant, DONNIE SMITH JR., employed, used, persuaded, induced, and enticed MV-1, a minor born in 2011, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct; knowing and having reason to know that the visual depiction would be transported in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by

computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO
### 18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about July 31, 2025, within the Eastern District of Michigan, the defendant, DONNIE SMITH JR., knowingly possessed material that contained child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, including a computer, and was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including a computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## **FORFEITURE ALLEGATIONS**
18 U.S.C. § 2253(a)

The allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of the offenses alleged in this Indictment, DONNIE SMITH JR., shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

  i. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

  ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

  iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**Substitute Assets.** Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the

3

jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

                    THIS IS A TRUE BILL

                    *s/ Grand Jury Foreperson*
                    GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Tara Hindelang*
Tara Hindelang
Assistant United States Attorney

Dated: November 4, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:25-cr-20824<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 11/4/2025<br>Description: IND USA V DONNIE SMITH JR (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to (

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: TMH |

Case Title: USA v. Donnie Smith, Jr.

County where offense occurred : Wayne

Check One:    ☒ Felony           ☐ Misdemeanor           ☐ Petty

____Indictment/____Information --- **no prior complaint.**
____Indictment/ ✓ Information --- **based upon prior complaint** [Case number: 25-mj-30541        ]
____Indictment/____Information --- **based upon** LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 4, 2025
Date

s/ Tara M. Hindelang
Tara M. Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9543
Fax:   313-226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.