UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONNIE SMITH JR.,

        Defendant.

_____/

Case No: 25-cr-20824

Hon. Terrence G. Berg

## Index of Exhibits

| Exhibit No: | Description: |
|---|---|
| 1 | Clip of Cpl. Denlar's Body Worn Camera (filed with media upload, under seal) |
| 2 | Joan Search Warrant (filed under seal) |
| 3 | Device Search Warrant (filed under seal) |
| 4 | Defendant's Statement (filed using media upload, under seal) |
| 5 | Clip of Officer Cherry's Body Worn Camera (filed using media upload) |
| 6 | Clip of Cpl. Denlar's Body Worn Camera (filed with media upload, under seal) |
| 7 | Miranda Waiver |